SECURITY FINANCE COMPANY, A CORPORATION, *Plaintiff in Error*, v. L. E. GENTRY, *Defendant in Error*.

Division B.

Decision Filed June 2, 1926.

*Leroy V. Holsberry* and *L. V. Trueman,* for Plaintiff in Error;

*Forsyth Caro,* for Defendant in Error.

PER CURIAM.—The order of the Circuit Judge in this case is affirmed upon the authority of the Security Finance Company, a corporation, versus Walter H. Gentry, et al., opinion this day filed.

All concur.